# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, Mary G. | United States District Court, South Carolina | 11/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

201 Magnolia Street
Spartanburg, South Carolina 29306

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member | Quincunx, LLC |
| 3. | Trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | terms |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Merrill lynch (Wealth Management) | Line of Credit | N |
| 2. | American Express | Credit Card | J |
| 3. | Bank of America | Credit Card | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | A | Distribution | M | W | | | | | |
| 2. Quincunx, LLC. member of LLC (H) | D | Distribution | L | W | | | | | |
| 3. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 4. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 5. Investment Rental Property, Columbia, SC | D | Rent | L | W | | | | | |
| 6. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 7. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 8. Investment Rental Property, Columbia, SC | E | Rent | O | W | | | | | |
| 9. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 10. Investment Rental Property, Columbia, SC | D | None | O | W | | | | | |
| 11. Trust #1 (H) | | | | | | | | | |
| 12. - Coca Cola Com | C | Dividend | M | T | Sold (part) | 02/23/18 | J | D | |
| 13. | | | | | Sold (part) | 07/10/18 | J | D | |
| 14. - INTL Business Machines Corp IBM | C | Dividend | L | T | | | | | |
| 15. - VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |
| 16. - FIRST EAGLE GLOBAL CLASS I | B | Dividend | M | T | | | | | |
| 17. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | | None | | | Sold | 01/25/18 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | C | Dividend | L | T | Sold (part) | 01/25/18 | K | A | |
| 19. | - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | B | Dividend | L | T | | | | | |
| 20. | - THORNBURG INVSMT INCOME BUILDER FUND CL I | C | Dividend | L | T | | | | | |
| 21. | - GRAND STRAND WSA SC WWKS-SS RV C RF TAXABLE NOV11 02.862%JUN01 18 | A | Interest | K | T | Redeemed | 06/01/18 | K | A | |
| 22. | - ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 23. | - BLACKROCK STRATEGIC INCOME OPPRTNTS PTF INST (X) | B | Dividend | K | T | Buy (add'l) | 02/12/18 | K | | |
| 24. | -BLACKSTONE ALT MULTISTRATEGY FUND CLASS 1 | A | Dividend | K | T | Sold (part) | 04/26/18 | J | A | |
| 25. | | | | | | Sold (part) | 08/09/18 | K | A | |
| 26. | -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | B | Dividend | K | T | | | | | |
| 27. | -PIMCO FDS INCOME FD CL | D | Dividend | M | T | Sold (part) | 02/12/18 | K | A | |
| 28. | | | | | | Sold (part) | 02/23/18 | J | A | |
| 29. | AQR MANAGED FUTURES STRATEGY FUND CL I | | None | | | Sold | 02/23/18 | J | A | |
| 30. | POPLAR FOREST PARTNERS FUND CL I | B | Dividend | | | Sold | 12/17/18 | L | A | |
| 31. | AQR STYLE PREMIA ALTERNATIVE FUND CL I | | None | | | Sold (part) | 04/26/18 | J | A | |
| 32. | | | | | | Sold | 12/12/18 | K | A | |
| 33. | VANGUARD VALUE ETF | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | M | T | | | | | |
| 35. DOUBLELINE TOTAL RETURN BOND FUND CL I | D | Dividend | M | T | Sold (part) | 02/12/18 | K | A | |
| 36. | | | | | Sold (part) | 02/23/18 | J | A | |
| 37. FIRST TRUST ETFIV TACTICAL HIGH YIELD ETF | C | Dividend | K | T | Sold (part) | 01/25/18 | K | A | |
| 38. JP MORGAN ETF TRUST SHS | A | Dividend | | | Sold | 12/17/18 | K | A | |
| 39. PIMCO SHORT TERM MUTUAL FUND CL P | A | Dividend | K | T | | | | | |
| 40. GOLDMAN SACHS ACTIVEBETA EMKTS EQ ETF | A | Dividend | | | Buy | 01/25/18 | K | | |
| 41. | | | | | Sold | 12/17/18 | K | A | |
| 42. INVESTORS TITLE CO | A | Dividend | K | T | Buy | 12/13/18 | K | | |
| 43. ISHARES CORE S&P US VALUE ETF | A | Dividend | L | T | Buy | 12/17/18 | L | | |
| 44. ISHARES EDGE MSCI MULTIFACTOR INTL ETF | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 45. ISHARES EDGE MSCI MULTIFACTOR EMMKTS ETF | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 46. ISHARES EDGE MSCI MULTIFACTOR USA ETF | B | Dividend | L | T | Buy | 01/25/18 | L | | |
| 47. Trust #2 (H) | | | | | | | | | |
| 48. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 49. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 50. | | | | | Sold (part) | 02/22/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | J | T | | | | | |
| 52. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | | | | | |
| 53. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 54. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 55. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 56. - VANGUARD GROWTH ETF | A | Dividend | J | T | | | | | |
| 57. -DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Sold (part) | 01/03/18 | J | A | |
| 58. -GOTHAM ABS RTN FD INSTL | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 59. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 60. | | | | | Sold | 10/29/18 | J | A | |
| 61. -POPLAR FORREST PARTNERS FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 62. | | | | | Sold (part) | 12/07/18 | J | A | |
| 63. -PIMCO INCOME FUND CL P | A | Dividend | J | T | Buy (add'l) | 02/22/18 | J | | |
| 64. | | | | | Sold (part) | 02/22/18 | J | A | |
| 65. -VANGUARD VALUE ETF | A | Dividend | J | T | Sold (part) | 01/23/18 | J | A | |
| 66. -BLCKSTONE ALT MULT STR 1 | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 67. | | | | | Buy (add'l) | 04/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 69. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 70. -JP MORGAN GLOBAL ALLOCATION FD SELECT CL | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 71. EV TABS 5 TO 15 YR LADDERED MUNI BOND FD I | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 72. | | | | | Sold | 04/20/18 | J | A | |
| 73. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 74. | | | | | Sold | 04/20/18 | J | A | |
| 75. FIRST TRUST ETFIV FIRST FIRST TRUST TACTICAL HIGH YIELD ETF (X) | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 76. | | | | | Sold | 02/22/18 | J | A | |
| 77. LOOMIS SAYLES SR FLOAT RAT & FIXD INC FD CL Y | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 78. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 79. MAINSTAY HIGH YIELD MUNICIPAL BOND FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 80. T ROWE PRICE SUMMIT MUNI INTERMEDIATE FD CL NON | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 81. | | | | | Sold | 02/23/18 | J | A | |
| 82. AQR STYLE PREMIA ALTERNATIVE FUND CL | A | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 83. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 84. | | | | | Sold | 01/04/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.  WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 86.  APPLE INC | A | Dividend | J | T | | | | | |
| 87.  AUTOMATIC DATA PROC | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 88. | | | | | Sold (part) | 07/13/18 | J | A | |
| 89.  MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 90.  MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 91.  NEXTERA ENERGY CORP | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 92.  AMERICAN WATER WORKS COM | A | Dividend | J | T | Sold (part) | 01/16/18 | J | A | |
| 93.  BLACKROCK INC | A | Dividend | J | T | | | | | |
| 94.  CITIGROUP INC COM NEW | A | Dividend | J | T | Sold (part) | 03/13/18 | J | A | |
| 95.  CHUBB LIMITED (FORMER ACE LIMITED) | A | Dividend | J | T | | | | | |
| 96.  COMCAST CORP NEW CL A | A | Dividend | | | Sold (part) | 02/12/18 | J | A | |
| 97. | | | | | Sold | 03/02/18 | J | A | |
| 98.  COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | | | | | |
| 99.  DANAHER CORP (FORMERLY FORTIVE CORP) | A | Dividend | J | T | | | | | |
| 100.  ECOLAB INC | A | Dividend | | | Sold | 03/13/18 | J | A | |
| 101.  FEDEX CORP DELAWARE COM | A | Dividend | | | Sold | 12/14/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 103. HONEYWELL INTL INC DEL | A | Dividend | J | T | | | | | |
| 104. LOCKHEED MARTIN CORP | A | Dividend | J | T | | | | | |
| 105. THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 106. TOTAL S.A. SP ADR | A | Dividend | J | T | | | | | |
| 107. TEXAS INSTRUMENTS | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 108. UNION PACIFIC CORP | A | Dividend | J | T | Sold (part) | 07/13/18 | J | A | |
| 109. VISA INC CL A SHRS | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 110. AMERICAN TOWER REIT INC | A | Dividend | J | T | | | | | |
| 111. ANTHEM INC | A | Dividend | J | T | | | | | |
| 112. ASG MANAGED FUTURES STRATEGY Y | A | Dividend | | | Sold | 09/18/18 | J | A | |
| 113. BROADCOM INC | A | Dividend | J | T | Buy (add'l) | 3/16/18 | J | | |
| 114. | | | | | Sold | 07/13/18 | J | A | |
| 115. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 116. DOWDUPONT INC | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 117. HUMANA INC | A | Dividend | J | T | | | | | |
| 118. ISHARES EDGE MSCI MULTIFACTOR USA ETF | A | Dividend | J | T | Buy (add'l) | 12/07/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. JP MORGAN ETF TRUST SHS | A | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 120. | | | | | Sold (part) | 06/19/18 | J | A | |
| 121. | | | | | Sold | 12/07/18 | J | A | |
| 122. KOPERNIK INTERNATIONAL FUND | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 123. PROLOGIS INC | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 124. SUNTRUST BANKS INC | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 125. | | | | | Sold (part) | 05/18/18 | J | A | |
| 126. SYSCO CORP | A | Dividend | J | T | | | | | |
| 127. WALMART INC | A | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 128. | | | | | | 07/13/18 | J | | |
| 129. TECHNOLOGY SELECT SECTOR SPDER FUND (X) | A | Dividend | J | T | | | | | |
| 130. DWS RREEF RESL ASSETS FUND - CLASS S | | | | | Buy | 09/18/18 | J | A | |
| 131. | | | | | Sold | 10/29/18 | J | A | |
| 132. AMAZON, INC | | None | J | T | Buy | 12/27/18 | J | | |
| 133. EV TABS SHORT-TERM MUNICIPAL BOND FUND CLASS I | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 134. ISHARES EDGE INC/EDGE MSCI MULTIFACT | A | Dividend | J | T | Buy | 12/07/18 | J | | |
| 135. GOLDMAN SACHS E/ACTIVEBETA EMERGING | A | Dividend | | | Buy | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold | 12/07/18 | J | A | |
| 137. ALPHABET INC CLASS A | | None | J | T | Buy | 12/27/18 | J | | |
| 138. GARRETT MOTION INC | | None | J | T | Buy | 10/05/18 | J | | |
| 139. HILTON WORLDWIDE HOLDINGS | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 140. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 141. ISHARES S&P SMALLCAP 600 INDEX | A | Dividend | | | Buy | 06/19/18 | J | | |
| 142. | | | | | Sold | 12/07/18 | J | A | |
| 143. ISHARES TR/EDGE MSCI MULTIFACT | A | Dividend | J | T | Buy | 12/07/18 | J | | |
| 144. ISHARES RUSSELL 3000 VALUE INDEX | A | Dividend | J | T | Buy | 12/07/18 | J | | |
| 145. JPMORGAN CHASE& CO HOLDINGS | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 146. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 147. KEURIG DR PEPPER INC | | None | J | T | Buy | 11/01/18 | J | | |
| 148. BLACKROCK STRATEGIC MUNICIPAL OPP FD | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 149. MICROCHIP TECHNOLOGY, INC. | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 150. NUVEEN SHORT DURATION HIGH YEILD MUNICIPAL BOND | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 151. RESIDEO TECHNOLOGIES INC | | None | | | Buy | 11/02/18 | J | | |
| 152. | | | | | Sold | 11/05/18 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. SHERWIN-WILLIAMS CO | A | Dividend | J | T | Buy | 01/16/18 | J | | |
| 154. DWS ENHANCED COMMODITY STRATEGY FUND - CLASS S | A | Dividend | | | Buy | 04/20/18 | J | | |
| 155. | | | | | Sold | 09/18/18 | J | A | |
| 156. Individual Retirement Account (H) | | | | | | | | | |
| 157. BANK OF AMERICA, NA RASP (X) | A | Interest | J | T | | | | | |
| 158. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | | None | | | Sold | 01/24/18 | J | A | |
| 159. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | | None | | | | | J | A | |
| 160. - POPLAR FOREST PARTNERS FUND CL I | | None | | | Sold (part) | 01/24/18 | J | A | |
| 161. | | | | | Sold | 01/25/18 | J | A | |
| 162. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | | None | | | Sold (part) | 01/24/18 | J | A | |
| 163. | | | | | Sold | 01/25/18 | | | |
| 164. - FIRST EAGLE GLOBAL CLASS I | | None | | | Sold (part) | 01/24/18 | J | A | |
| 165. | | | | | Sold | 01/25/18 | J | A | |
| 166. - VANGUARD VALUE ETF | | None | | | Sold | 01/24/18 | J | A | |
| 167. - VANGUARD GROWTH ETF | | None | | | Sold | 01/24/18 | J | A | |
| 168. -DOUBLELINE TOT RTRN BD | | None | | | Sold (part) | 01/24/18 | J | A | |
| 169. | | | | | Sold | 01/25/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | | None | | | Sold (part) | 01/24/18 | J | A | |
| 171. | | | | | Sold | 01/25/18 | J | A | |
| 172. -MATTHEWS ASIA DIVIDEND FUND | | None | | | Sold (part) | 01/24/18 | J | A | |
| 173. | | | | | Sold | 01/25/18 | J | A | |
| 174. -PIMCO FDS INCOME | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 175. | | | | | Sold | 01/26/18 | J | A | |
| 176. -AMEX TECHNOLOGY SELCT SPDR | | None | | | Sold | 01/24/18 | J | A | |
| 177. -AQR MGD FUTURES STRAT 1 | | None | | | Sold (part) | 01/24/18 | J | A | |
| 178. | | | | | Sold | 01/25/18 | J | A | |
| 179. -BLKSTONE ALT MLT STR 1 | | None | | | Sold (part) | 01/24/18 | J | A | |
| 180. | | | | | Sold | 01/25/18 | J | A | |
| 181. -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 182. | | | | | Sold | 01/25/18 | J | A | |
| 183. FIDELITY ADVISOR BIOTECHNOLOGY FD CL | | None | | | Sold (part) | 01/24/18 | J | A | |
| 184. | | | | | Sold | 01/29/18 | J | A | |
| 185. FIDLEITY ADVISOR REAL ESTATE INCOME FUND CL | | None | | | Sold (part) | 01/24/18 | J | A | |
| 186. | | | | | Sold | 01/25/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. AQR STYLER PREMIA ALTERNATIVE FUND CL I | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 188. | | | | | Sold | 01/25/18 | J | A | |
| 189. THORNBURG INVESTMENT INCOME BUILDER FUND CL I | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 190. | | | | | Sold | 01/25/18 | J | A | |
| 191. MEDTRONIC PLC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 192. APPLE INC | | None | | | Sold | 01/24/18 | J | A | |
| 193. AUTOMATIC DATA PROC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 194. AMERICAN TOWER REIT INC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 195. AMERICAN WATER WORKS COM | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 196. CITIGROUP INC COM NEW | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 197. CHUBB LIMITED (FORMER ACE LIMITED) | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 198. COMCAST CORP NEW CL A | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 199. COSTCO WHOLESALE CRP DEL | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 200. DANAHER CORP (FORMERLY FORTIVE CORP) | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 201. WALT DISNEY CO | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 202. ECOLAB INC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 203. FEDEX CORP DELAWARE COM | A | Dividend | | | Sold | 01/24/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. HOME DEPOT INC | | None | | | Sold | 01/24/18 | J | A | |
| 205. HONEYWELL INTL INC DEL | | None | | | Sold | 01/24/18 | J | A | |
| 206. LOCKHEED MARTIN CORP | | None | | | Sold | 01/24/18 | J | A | |
| 207. MICROSOFT CORP | | None | | | Sold | 01/24/18 | J | A | |
| 208. NEXTERA ENERGY CORP | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 209. THERMO FISHER SCIENTIFIC INC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 210. TOTAL S.A. SP ADR | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 211. UNION PACIFIC CORP | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 212. VISA INC CL A SHRS | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 213. ANTHEM INC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 214. BLKRK STR INC OP PTF INST | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 215. | | | | | Sold | 01/25/18 | J | A | |
| 216. CHIRON CAPITAL ALLOCATION FUND | | None | | | Sold (part) | 01/24/18 | J | A | |
| 217. | | | | | Sold | 01/25/18 | J | A | |
| 218. DOWDUPONT INC | | None | | | Sold | 01/24/18 | J | A | |
| 219. FIRST TRUST ETFIV TACTICAL HIGH YIELD ETF | | None | | | Sold | 01/24/18 | J | A | |
| 220. HUMANA INC | A | Dividend | | | Sold | 01/24/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. ISHARES EDGE MSCI MULTIFACTOR USA ETF | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 222. JP MORGAN ETF TRUST SHS | | None | | | Sold | 01/24/18 | J | A | |
| 223. KOPERNIK INTERNATIONAL FUND | | None | | | Sold (part) | 01/24/18 | J | A | |
| 224. | | | | | Sold | 01/25/18 | J | A | |
| 225. LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 226. | | | | | Sold | 01/25/18 | J | A | |
| 227. PIMCO SHORT TERM MUTUAL FUND CL P | A | Dividend | | | Sold (part) | 01/24/18 | J | A | |
| 228. | | | | | Sold | 01/25/18 | J | A | |
| 229. PROLOGIS INC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 230. SUNTRUST BANKS INC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 231. SYSCO CORP | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 232. TEXAS INSTRUMENTS | | None | | | Sold | 01/24/18 | J | A | |
| 233. WALMART INC | A | Dividend | | | Sold | 01/24/18 | J | A | |
| 234. IMAX CORP (X) | A | Interest | | | Sold | 01/26/18 | J | A | |
| 235. Individual Retirement Account (H) | | | | | | | | | |
| 236. BANK OF AMERICA, NA RASP (X) | A | Interest | K | T | | | | | |
| 237. CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 239. | | | | | Sold (part) | 02/12/18 | J | A | |
| 240.  - AUTOMATIC DATA PROC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | A | |
| 241. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 242. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 243. | | | | | Sold (part) | 07/13/18 | J | A | |
| 244.  - AMERICAN WTR WKS CO INC NEW | A | Dividend | J | T | Sold (part) | 01/16/18 | J | A | |
| 245. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 246. | | | | | Sold | 01/26/18 | J | A | |
| 247.  - CITIGROUP INC COM NEW | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | A | |
| 248. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 249. | | | | | Sold | 03/13/18 | J | A | |
| 250.  - COMCAST CORP NEW CL A | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 251. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 252. | | | | | Sold (part) | 02/12/18 | J | A | |
| 253. | | | | | Sold | 03/02/18 | J | A | |
| 254.  - COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 256. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 257.  - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | K | T | Sold (part) | 01/03/18 | J | A | |
| 258. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 259. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 260.  - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 261. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 262. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 263. | | | | | Sold (part) | 02/21/18 | J | A | |
| 264.  - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 265. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 266.  - FEDEXCORP DELAWARE COM | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 267. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 268. | | | | | Sold | 12/14/18 | J | A | |
| 269.  - GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | | None | J | T | Buy (add'l) | 01/24/18 | J | A | |
| 270. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 271. | | | | | Sold | 10/29/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. - HOME DEPOT INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 273. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 274. - HONEYWELL INTL INC DEL | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 275. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 276. - FIA CARD SVS NA RASP | | None | | | | | | | |
| 277. - POPLAR FOREST PARTNERS FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/03/18 | J | | |
| 278. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 279. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 280. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 281. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 282. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 283. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | B | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 284. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 285. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 286. - PIMCO INCOME FUND CL P | B | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 287. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 288. | | | | | Buy (add'l) | 01/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Sold (part) | 02/21/18 | J | A | |
| 290. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | B | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 291. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 292. - FIRST EAGLE GLOBAL CLASS I | C | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 293. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 294. | | | | | Buy (add'l) | 09/18/1 | K | | |
| 295. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 296. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 297. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 298. - THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 299. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 300. | | | | | Sold (part) | 02/12/18 | J | A | |
| 301. - VISA INC CL A SHRS | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 302. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 303. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 304. - VANGUARD VALUE ETF | B | Dividend | K | T | Sold (part) | 01/03/18 | J | A | |
| 305. | | | | | Buy (add'l) | 01/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Buy (add'l) | 01/26/18 | K | | |
| 307. - VANGUARD GROWTH ETF | A | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 308. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 309. -AMERICAN TOWER REIT INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 310. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 311. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 312. -DISNEY (WALT) CO | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 313. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 314. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 315. -FIRST TRUST HY ETF | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 316. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 317. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 318. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | Buy (add'l) | 01/24/18 | J | | |
| 319. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 320. -AQR MGD FUTURES STRAT 1 | | None | | | Buy (add'l) | 01/04/18 | J | | |
| 321. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 322. | | | | | Buy (add'l) | 01/26/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. | | | | | Sold | 09/18/18 | J | A | |
| 324. -BLACKROCK INC | A | Dividend | J | T | Buy (add'l) | 01/26/18 | J | | |
| 325. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 326. | | | | | Sold (part) | 05/18/18 | J | A | |
| 327. -BLACKSTONE ALT MULTI STRATEGY FUND CLASS 1 | A | Dividend | M | T | Buy (add'l) | 01/04/18 | J | | |
| 328. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 329. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 330. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 331. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 332. | | | | | Buy (add'l) | 10/29/18 | L | | |
| 333. -ECOLAB INC | A | Dividend | | | Buy (add'l) | 01/24/18 | J | | |
| 334. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 335. | | | | | Sold | 03/13/18 | J | A | |
| 336. -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 337. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 338. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 339. -LOCKHEED MARTIN COPR | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 341. -MEDTRONIC PLC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 342. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 343. UNION PACIFIC CORP | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 344. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 345. | | | | | Sold (part) | 07/13/18 | J | A | |
| 346. AQR STYLE PREMIA ALTERNATIVE FUND CL I | B | Dividend | | | Buy (add'l) | 01/04/18 | J | | |
| 347. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 348. | | | | | Buy (add'l) | 01/26/18 | K | | |
| 349. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 350. | | | | | Sold | 10/29/18 | K | A | |
| 351. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/04/18 | J | | |
| 352. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 353. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 354. | | | | | Sold | 04/20/18 | K | A | |
| 355. NEXTERA ENERGY CORP | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 356. | | | | | Buy (add'l) | 01/26/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. MICROSOFT CORP | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 358. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 359. TEXAS INSTRUMENTS | A | Dividend | | | Buy (add'l) | 01/24/18 | J | | |
| 360. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 361. | | | | | Sold (part) | 03/13/18 | J | A | |
| 362. | | | | | Sold | 10/29/18 | J | A | |
| 363. AAPL INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 364. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 365. TOTAL S.A. SP ADR | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 366. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 367. DANAHER CORP (FORMERLY FORTIVE CORP) | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 368. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 369. | | | | | Sold (part) | 02/21/18 | J | | |
| 370. ANTHEM INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 371. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 372. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 373. BROADCOM INC | A | Dividend | | | Buy (add'l) | 03/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. | | | | | Sold | 07/13/18 | J | | |
| 375. BLKRK STR INC OP PTF INST | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 376. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 377. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 378. | | | | | Buy (add'l) | 02/21/18 | K | | |
| 379. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | L | T | Buy (add'l) | 01/04/18 | J | | |
| 380. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 381. | | | | | Buy (add'l) | 01/26/18 | K | | |
| 382. DOWDUPONT INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 383. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 384. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 385. HUMANA INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 386. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 387. JP MORGAN ETF TRUST SHS | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 388. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 389. | | | | | Buy (add'l) | 01/26/18 | K | | |
| 390. | | | | | Sold (part) | 06/19/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. KOPERNIK INTERNATIONAL FUND | A | Dividend | K | T | Buy (add'l) | 01/03/18 | J | | |
| 392. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 393. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 394. ISHARES EDGE MSCI MULTIFACTOR USA ETF | A | Dividend | L | T | Buy (add'l) | 01/24/18 | J | | |
| 395. | | | | | Buy (add'l) | 01/26/18 | K | | |
| 396. | | | | | Buy (add'l) | 12/07/18 | K | | |
| 397. PROLOGIS INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 398. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 399. | | | | | Sold (part) | 02/12/18 | J | A | |
| 400. PIMCO SHORT TERM MUTUAL FUND CL P | A | Dividend | K | T | Buy (add'l) | 01/04/18 | J | | |
| 401. | | | | | Buy (add'l) | 01/24/18 | J | | |
| 402. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 403. SUNTRUST BANKS INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 404. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 405. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 406. | | | | | Sold (part) | 05/18/18 | J | A | |
| 407. SYSCO CORP | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 409. WALMART INC | A | Dividend | J | T | Buy (add'l) | 01/24/18 | J | | |
| 410. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 411. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 412. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 413. IMAX COPR (X) | A | Interest | J | T | | | | | |
| 414. ETFMG PRIME MOBILE PAYMENTS ETF (X) | A | Interest | J | T | | | | | |
| 415. ALPHABET INC CLASS A | | None | J | T | Buy | 12/20/18 | J | | |
| 416. AMAZON, INC | | None | J | T | Buy | 07/13/18 | J | | |
| 417. CAPITAL ONE FINANCIAL CORP | A | Dividend | J | T | Buy | 05/18/18 | J | | |
| 418. DWS ENHANCED COMMODITY STRATEGY FUND - CLASS S | A | Dividend | | | Buy | 04/20/18 | J | | |
| 419. | | | | | Sold | 09/18/18 | J | A | |
| 420. DWS RREEF REAL ASSETS FUND - CLASS S | | None | | | Buy | 09/18/18 | J | | |
| 421. | | | | | Sold | 10/29/18 | J | A | |
| 422. GARRETT MOTION INC | A | Dividend | | | Buy | 10/05/18 | J | | |
| 423. | | | | | Sold | 10/11/18 | J | A | |
| 424. GOLDMAN SACHS E/ACTIVEBETA EMERGING | A | Interest | K | T | Buy | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 426. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 427. HILTON WORLDWIDE HOLDINGS | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 428. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 429. ISHARES CORE S&P SMALL-CAP ETF | A | Dividend | | | Buy | 06/19/18 | K | | |
| 430. | | | | | Sold | 12/07/18 | K | | |
| 431. JP MORGAN CHASE & HOLDINGS | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 432. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 433. KEURIG DR PEPPER INC | A | Dividend | J | T | Buy | 11/01/18 | J | | |
| 434. MICROCHIP TECHNOLOGY INC. | A | Dividend | J | T | Buy | 03/13/18 | J | | |
| 435. RESIDEO TECHNOLOGIES | A | Dividend | | | Buy | 10/31/18 | J | | |
| 436. | | | | | Sold | 11/02/18 | J | A | |
| 437. SHERWIN-WILLIAMS CO | A | Dividend | J | T | Buy | 01/16/18 | J | | |
| 438. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 439. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 440. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 441. TRUST #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 40

Name of Person Reporting

Lewis, Mary G.

Date of Report

11/06/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 443. - AUTOMATIC DATA PROC | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 444. | | | | | Sold (part) | 07/11/18 | J | A | |
| 445. - AMERICAN WTR WKS CO INC NEW | A | Dividend | | | Sold (part) | 01/12/18 | J | C | |
| 446. | | | | | Sold (part) | 01/16/18 | J | C | |
| 447. | | | | | Sold | 01/17/18 | J | A | |
| 448. - CITIGROUP INC COM NEW | A | Dividend | K | T | Sold (part) | 03/09/18 | J | A | |
| 449. - COMCAST CORP NEW CL A | A | Dividend | | | Sold (part) | 02/07/18 | J | B | |
| 450. | | | | | Sold | 02/28/18 | K | D | |
| 451. - COSTCO WHOLESALE CRP DEL | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 452. - FEDEX CORP DELAWARE COM | A | Dividend | | | Sold (part) | 12/11/18 | J | B | |
| 453. | | | | | Sold (part) | 12/12/18 | J | C | |
| 454. | | | | | Sold | 12/13/18 | J | B | |
| 455. - HOME DEPOT INC | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 456. - HONEYWELL INTL INC DEL | A | Dividend | K | T | | | | | |
| 457. - THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 458. - VISA INC CL A SHRS | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 40

Name of Person Reporting

Lewis, Mary G.

Date of Report

11/06/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. -AMERICAN TOWER REIT INC | A | Dividend | K | T | Sold (part) | 02/09/18 | J | A | |
| 460. -DISNEY (WALT) CO | A | Dividend | J | T | Sold (part) | 08/06/18 | J | A | |
| 461. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 462. | | | | | Sold (part) | 11/08/18 | J | A | |
| 463. -BLACKROCK INC | A | Dividend | J | T | Sold (part) | 02/07/18 | J | A | |
| 464. | | | | | Sold (part) | 05/16/18 | J | B | |
| 465. | | | | | Sold (part) | 05/17/18 | J | A | |
| 466. | | | | | Sold (part) | 11/08/18 | J | A | |
| 467. -DANAHER COPR DEL COM | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 468. -ECOLAB INC | A | Dividend | | | Sold (part) | 03/09/18 | J | B | |
| 469. | | | | | Sold | 03/12/18 | J | A | |
| 470. -LOCKHEED MARTIN CORP | A | Dividend | K | T | | | | | |
| 471. -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 472. -MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 03/09/18 | J | B | |
| 473. APPLE INC | A | Dividend | K | T | | | | | |
| 474. NEXTERA ENERGY CORP | A | Dividend | K | T | Buy (add'l) | 12/18/18 | J | | |
| 475. TOTAL S.A. SP ADR VSP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476.  TEXAS INSTRUMENTS | A | Dividend | K | T | Sold (part) | 03/09/18 | J | A | |
| 477. | | | | | Sold (part) | 10/25/18 | J | C | |
| 478. | | | | | Sold (part) | 10/26/18 | J | B | |
| 479.  GARRETT MOTION INC (X) | A | Dividend | | | Sold | 10/02/18 | J | A | |
| 480.  UNION PACIFIC | A | Dividend | K | T | Sold (part) | 07/11/18 | J | B | |
| 481.  CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | K | T | Sold (part) | 02/07/18 | J | | |
| 482.  ANTHEM INC | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 483.  BROADCOM INC | A | Dividend | K | T | Sold (part) | 02/07/18 | J | | |
| 484. | | | | | Sold (part) | 07/11/18 | J | | |
| 485. | | | | | Sold (part) | 07/12/18 | J | | |
| 486.  DOWDUPONT INC | A | Dividend | J | T | Sold (part) | 11/08/18 | J | | |
| 487.  HUMANA INC | A | Dividend | K | T | Sold (part) | 08/06/18 | J | A | |
| 488.  PROLOGIS INC | A | Dividend | K | T | Sold (part) | 02/07/18 | J | | |
| 489.  SUNTRUST BANKS INC | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 490. | | | | | Sold (part) | 05/16/18 | J | A | |
| 491. | | | | | Sold (part) | 05/17/18 | J | A | |
| 492.  SYSCO CORP | A | Dividend | K | T | Sold (part) | 07/11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. | | | | | Sold (part) | 07/12/18 | J | A | |
| 494. | | | | | Sold (part) | 08/06/18 | J | A | |
| 495. WALMART INC | A | Dividend | K | T | Buy (add'l) | 02/07/18 | J | | |
| 496. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 497. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 498. ALPHABET INC CLASS A | | None | K | T | Buy | 12/18/18 | J | | |
| 499. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 500. AMAZON, INC | | None | K | T | Buy | 07/11/18 | J | | |
| 501. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 502. | | | | | Sold (part) | 08/06/18 | J | A | |
| 503. CAPITAL ONE FINANCIAL CORP | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 504. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 505. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 506. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 507. | | | | | Sold (part) | 10/02/18 | J | A | |
| 508. HILTON WORLDWIDE HOLDINGS | A | Dividend | K | T | Buy | 02/07/18 | J | | |
| 509. | | | | | Buy (add'l) | 02/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 511. JPMORGAN CHASE & CO HOLDINGS | A | Dividend | K | T | Buy | 03/09/18 | J | | |
| 512. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 513. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 514. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 515. | | | | | Sold (part) | 07/16/18 | J | | |
| 516. KEURIG DR PEPPER INC | | None | K | T | Buy | 10/31/18 | K | | |
| 517. MICROCHIP TECHNOLOGY INC | A | Dividend | J | T | Buy | 03/09/18 | J | | |
| 518. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 519. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 520. RESEIDEO TECHNOLOGIES | | | | | Buy | 10/29/18 | J | | |
| 521. | | | | | Sold (part) | 11/01/18 | J | A | |
| 522. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 523. | | | | | Sold | 11/05/18 | J | A | |
| 524. SHERWIN-WILLIAMS CO | A | Dividend | K | T | Buy | 01/12/18 | J | | |
| 525. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 526. | | | | | Buy (add'l) | 01/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. | | | | | Buy (add'l) | 01/18/18 | J | | |
| 528. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 529. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 530. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 531. BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 532. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 533. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 534. -ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 535. - FIRST EAGLE GLOBAL CLASS C | A | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 536. | | | | | Sold (part) | 02/21/18 | J | A | |
| 537. | | | | | Sold (part) | 04/02/18 | J | A | |
| 538. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD CL C | A | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 539. | | | | | Sold (part) | 02/21/18 | J | A | |
| 540. | | | | | Sold (part) | 04/02/18 | J | A | |
| 541. | | | | | Sold (part) | 08/14/18 | J | A | |
| 542. | | | | | Sold (part) | 12/04/18 | J | | |
| 543. - THORNBURG INCOME BUILDER FUND CLASS C | A | Dividend | J | T | Sold (part) | 02/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 40

Name of Person Reporting

Lewis, Mary G.

Date of Report

11/06/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 544. | | | | | Sold (part) | 02/21/18 | J | A | |
| 545. | | | | | Sold (part) | 04/02/18 | J | A | |
| 546. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 547. - BLACKROCK GLOBAL ALLOCATION FD INC C | B | Dividend | K | T | | | | | |
| 548. -CD GOLDMAN SACHS BK | B | Interest | K | T | | | | | |
| 549. -FIDELITY ADVISOR BIOTECH FD | | None | K | T | | | | | |
| 550. -GENERAL ELEC CAP CORP BOND | | None | | | | | | | |
| 551. -GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | | None | | | Sold | 01/23/18 | L | A | |
| 552. -HENDERSON EUROPEAN FOCUS FD | | None | | | Sold | 01/23/18 | L | A | |
| 553. -POPLAR FOREST PARTNERS FD | | None | | | Sold | 12/07/18 | L | C | |
| 554. -LOOMIS SAYLES SR FLT RTE & FIXD INC FD | B | Dividend | K | T | Sold (part) | 01/23/18 | K | B | |
| 555. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 556. -MATTHEWS ASIA DIVIDEND FUND | B | Dividend | K | T | | | | | |
| 557. -MARKET VECTORS OIL SVCS ETF | | None | | | | | | | |
| 558. -PIMCO INCOME FD | D | Dividend | L | T | Buy (add'l) | 01/23/18 | K | | |
| 559. -FIRST EAGLE GLOBAL | B | Dividend | K | T | Buy (add'l) | 01/23/18 | J | | |
| 560. -THORNBURG INVSTMT INCOME BUILDER FD | B | Dividend | K | T | Buy (add'l) | 01/23/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lewis, Mary G. | 11/06/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 561. -VANGUARD VALUE ETF | C | Dividend | M | T | Sold (part) | 01/23/18 | K | C | |
| 562. -VANGUARD GROWTH ETF | B | Dividend | M | T | Sold (part) | 01/23/18 | K | D | |
| 563. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | | | | | |
| 564. -BLKSTONE ALT MLT STR 1 | A | Dividend | L | T | Buy (add'l) | 01/23/18 | | | |
| 565. -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | A | Dividend | K | T | Buy (add'l) | 01/23/18 | J | | |
| 566. -AQR STYLE PREMIA ALTERNATIVE FUND CL 1 | A | Dividend | K | T | | | | | |
| 567. AQR MANAGED FUTURES STRATEGY FUND CL I | | None | | | | | | | |
| 568. BLKRK GLOBAL ALLOCATION FUND CL A | A | Dividend | K | T | | | | | |
| 569. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | K | T | Buy (add'l) | 01/23/18 | K | | |
| 570. DOUBLELINE TOTAL RETURN BOND FUND CL I | C | Dividend | L | T | Buy (add'l) | 01/23/18 | K | | |
| 571. FIRST TRUST ETFIV FIRST TACTICAL HIGH YIELD ETF | B | Dividend | K | T | | | | | |
| 572. JP MORGAN ETF TRUST SHS | A | Dividend | K | T | Buy (add'l) | 01/23/18 | J | | |
| 573. | | | | | Sold | 12/17/18 | K | | |
| 574. BLKRK STRINC OP PTF INST | A | Dividend | K | T | Buy | 01/23/18 | J | | |
| 575. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 576. ISHARES INC/EDGE MSCI MULTIFACT | A | Dividend | J | T | Buy | 12/17/18 | K | | |
| 577. FIDELITY ADVISOR REAL ESTATE INCOME I | A | Dividend | | | Buy | 01/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

Lewis, Mary G.

11/06/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 578. | | | | | Sold | 07/11/18 | K | | |
| 579. JPMORGAN GLOBAL ALLOCATION I | A | Dividend | K | T | Buy | 01/23/18 | K | | |
| 580. GOLDMAN SACHS E/ACTIVEBEAT EMERGING | A | Dividend | | | Buy | 01/23/18 | K | | |
| 581. | | | | | Sold | 12/17/18 | K | A | |
| 582. ISHARES EDGE MULTIFACTOR INTL ETF | A | Dividend | K | T | Buy | 12/17/18 | K | | |
| 583. ISHARES CORE S&P US VALUE ETF | A | Dividend | L | T | Buy | 12/17/18 | L | | |
| 584. PIMCO SHIRT TERM I2 | A | Dividend | K | T | Buy | 01/23/18 | K | | |
| 585. | | | | | Buy (add'l) | 07/11/18 | J | | |
| 586. DWS ENCHANCEDCOMMODITY STRATEGY S | C | Dividend | K | T | Buy | 07/11/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2015, we reported only a partial sale of ALPS American (AMLP) in February of 2015, but failed to report the sale of 59 remaining shares of the security on September 4, 2015, which was valued at approximately $840.75.
Some account numbers were changed prior to 2017.
83259 account was closed during 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary G. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544